AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

GREGORY FRANCIS,

       Plaintiff,             JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER: **3:10-CV-00511-RCJ-VPC**

HOWARD SKOLNIK, et al.,

       Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiff's second amended complaint (Docket #10) is DISMISSED without prejudice.


   3/30/2011                                                  **LANCE S. WILSON**
                                                                     Clerk


                                                                   /s/ P. McDonald
                                                                Deputy Clerk